IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM T. MASON,  )   | |
|     Plaintiff, ) | |
| vs. ) | No. 3:08-CV-0677-B |
| ) | ECF |
| CITY OF DALLAS, TEXAS, ) | |
|     Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, this action should be summarily dismissed. Consequently, the Court **DENIES** all motions pending in this case. By separate judgment, the Court will formally dismiss this action consistent with the Findings, Conclusions, and Recommendation entered in this case.

SIGNED this  3rd  day of  July , 2008.

 

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE